FILED

2011 MAY -2 PM 2:04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| NEDA SHOJAEI, | CASE NO: |
| Plaintiff, | CIVIL ACTION |
| vs. | 5:11-CV-247-OC-10 DAB |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## COMPLAINT FOR DAMAGES PURSUANT TO THE FEDERAL TORT CLAIMS ACT

COMES NOW the Plaintiff, NEDA SHOJAEI, and hereby sues Defendant, UNITED STATES OF AMERICA, and alleges as follows:

1. This is an action brought against the United States pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §§1346(b)(1).

2. That at all times material to this action the Plaintiff, NEDA SHOJAEI, (herein after referred to as "PLAINTIFF") is a naturalized citizen of the United States and a resident of Florida with her principal residence in Clermont, Lake County, Florida.

3. The DEA is the agency designated by the Attorney General of the United States to interpret, implement, enforce, and carry out the Attorney General's responsibilities with respect to, the federal Controlled Substances Act, 21 U.S.C. §§801 *et seq.* ("CSA").

4. The U.S. MARSHAL is the agency of the United States, which enforces the CSA.

5. Prior to the filing of this Complaint, the above-named Defendant has been served notice of this claim pursuant to 28 U.S.C. §2675 of the Federal Tort Claims Act. Copy of Form 95 putting the United States on notice of the claim is attached hereto as Exhibit "A". Copy of the letter from the U.S. Department of Justice Drug Enforcement Administration denying Plaintiff's Claim for Damage is attached hereto as Exhibit "B".

6. Venue is proper in the Middle District of Florida under 28 U.S.C. §1391(a)(2) because it is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

7. All conditions precedent to the bringing and maintenance of this action have been satisfied, performed or waived, including compliance with the Notice requirements set forth by the Federal Tort Claims Act.

## GENERAL ALLEGATIONS

8. On or about June 16, 2009, around 7:30 a.m., PLAINTIFF was peacefully resting at home when suddenly and without warning her front door was kicked open and several law enforcement agents burst into her home with their weapons drawn. PLAINTIFF was told to sit down and do not move.

9. PLAINTIFF asked the agents what they were looking for and if they had a search warrant. The agents did not show PLAINTIFF a search warrant nor did they respond to her inquiry about the search warrant. Instead, PLAINITFF was asked for her Canadian passport to which she responded that she did not have one. PLAINTIFF was asked to show the agents where she kept the money and drugs, to which she responded that she did not have what they were looking for.

10. The agents included the United States Drug Enforcement Administration and United States Marshals Service, together with the Lake County Sheriff's Department.

11. The agents proceeded to illegally search PLAINTIFF's home, vehicle, garage and also her friend's vehicle that was parked in the driveway.

12. The agents took possession of many of PLAINTIFF's personal documents, handcuffed and forcibly arrested her.

13. PLAINTIFF was taken to lock up in Ocala, Florida and imprisoned for three (3) days beginning June 16, 2009 to June 19, 2009.

14. On June 19, 2009, an Order was entered by United Stated Magistrate Judge, Gary R. Jones, releasing PLAINTIFF because further investigation had proved the she was the wrong individual taken into arrested and that she was to be released from the custody of the United States Marshals. A copy of said Order is attached hereto as Exhibit "C".

## COUNT I
## FALSE ARREST/FALSE IMPRISONMENT CLAIM AGAINST DEFENDANT, UNITED STATES OF AMERICA

Plaintiff adopts and realleges paragraphs 1 through 14 as fully set forth herein and further alleges as follows:

15. Plaintiff brings this claim against the Defendant, UNITED STATES OF AMERICA for false arrest, and false imprisonment to Plaintiff, NEDA SHOJAEI.

16. All conditions precedent to the bringing and maintenance of this action have been satisfied, performed or waived, including compliance with the Notice requirements set forth by the Federal Tort Claims Act.

17. At all times material hereto, Defendant, UNITED STATES OF

AMERICA, and its employees and agents had a duty to use reasonable care in the performance of law enforcement activities so as not to endanger the liberty of persons within any foreseeable zones of risk created by such activities, including Plaintiff, NEDA SHOJAEI. Defendant also had a duty to refrain from falsely arresting her and falsely imprisoning her.

18. All acts and omissions of Defendant's, UNITED STATES OF AMERICA, employees and agents alleged herein were performed within the course and scope of their employment and/or agency with the Defendant, UNITED STATES OF AMERICA.

19. Defendant, UNITED STATES OF AMERICA, through its agents, arrested and imprisoned Plaintiff, NEDA SHOJAEI when in truth and in fact she had committed no crime. The arrest and subsequent detention of her person lacked probable cause.

20. As a direct and proximate result of the negligent acts and omissions of Defendant, UNITED STATES OF AMERICA, and its employees and agents, Plaintiff, NEDA SHOJAEI was falsely arrested, jailed, and suffered mental anguish.

21. As a direct and proximate result of the negligence of Defendant, UNITED STATES OF AMERICA, as described above, Plaintiff, NEDA SHOJAEI, was arrested and detained for a crime she did not commit, causing the Plaintiff to suffer mental anguish, loss of capacity for the enjoyment of life, medical treatment, loss of earnings, loss of ability to earn money, all of which losses will be permanent and continuing, and the Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, demands judgment against the Defendant, UNITED STATES OF AMERICA, for compensatory damages, costs and interest and further prays

for such other relief as the Court may deem just and appropriate.

Respectfully submitted this ___ day of April, 2011.

JOHN W. DILL, ESQUIRE
Florida Bar No.:0981680
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 425-8171
E-mail: Jdill@forthepeople.com
Attorneys for Plaintiff

and

s/Frank Allen
FRANK ALLEN, ESQUIRE
Florida Bar No.: 0033464
605 E. Robinson Street
Suite 130
Orlando, FL 32801
Telephone: (407) 481-8103
E-mail: Allenf551@aol.com

Co-Counsel for Plaintiff

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency: | | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip t |

| 3. TYPE OF EMPLOYMENT MILITARY  CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, place of occurrence and the cause thereof) (Use additional pages if necessary.)

9.                                      PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

10.                                    PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, ST NAME OF INJURED PERSON OR DECEDENT

11.                                    WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|

12. (See instructions on reverse)                AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify m cause forfeiture of your rights.) |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CL. 7-18-10 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-109
Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUST
28 CFR 14.2

EXHIBIT A

## CLAIM FOR DAMAGE, INJURY, OR DEATH
### (Standard Form 95)

1. Submit To Appropriate Federal Agency:
   DEA

2. Name, Address of claimant and claimant's personal representative, if any.
   Neda Shojaei
   1816 Southern Oak Loop
   Clermont, Florida 34711

3. Type of Employment.
   Realtor and Dental Assistant Student

4. Date of Birth
   10/25/73

5. Marital Status
   Divorced

6. Date and day of Accident
   June 17, 2009

7. Time
   Approximately 4:30 AM

8. Basis of Claim (state in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof.

   Claimant was wrongfully arrested and detained by the DEA. The DEA was mistaken about the person they had arrested. Attached is the Order of United States Federal Magistrate Gary Jones setting forth that claimant was the wrong person.

1

9. Property Damage
During the search of claimaint's residence, her computer was taken and broken. In addition, several personal items were taken and are missing.

10. Personal Injury/Wrongful Death
Claimant suffered mental anguish from the false arrest and detention. This injury is ongoing.

11. Witnesses
Ashakan Naghavian- 1816 Southern Oak Loop, Clermont Florida 34711
The arresting officers from U.S. Marshals and DEA (approximately 10)

12. Amount of Claim

 a. Property Damage:
  $2500.00
 b. Personal Injury:
  $10,000,000.00
 c. Wrongful Death:
  N/A
 d. Total:
  $10,002,500.00

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOUT AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFATION AND FINAL SETTLEMENT OF THIS CLAIM.

13.

 a. _____
  Signature of Claimant

 b. Phone Number of person signing form:   352/874-2509

14. Date of Signature: _____

2

15. Do you carry accident insurance.
    Automobile insurance only Travelers

16. Have you filed a claim on your insurance in this instance, and if so, is it full coverage or deductible?
    No

17. If deductible, state amount.
    N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?
    N/A

19. Do you carry public liability and property damage insurance.- No.

3

**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

VIA CERTIFIED MAIL                                      JAN 07 2011

Neda Shojaei
c/o Spencer Rhodes, Esq.
126 East Jefferson Street
Orlando, Florida 32801-1830

    Re:   Claim for Damage, Injury, or Death

Dear Mr. Rhodes:

    This responds to your client's, Neda Shojaei's, Claim for Damage, Injury, or Death, dated March 18, 2010, relating to the execution of an arrest warrant on July 17, 2009. Ms. Shojaei claims to have suffered mental anguish and seeks property and personal injury damages in the amount of $10,002,500.00.

    Your client's claim is hereby denied. If Ms. Shojaei is dissatisfied with the denial of her claim, she may file suit in the appropriate United States District Court no later than six months after the date of this letter.

    If you have any questions or need further assistance with this matter, you may direct future correspondence to the above address.

                                                  Sincerely,

                                                Karen K. Richardson
                                                Associate Chief Counsel
                                                Civil Litigation Section

EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                             5:09-mj-1026-GRJ

NEDA SHOJAEI                        JUN 1 9 2009
_____/

## ORDER

On June 19, 2009 the Court conducted a hearing in this matter. During the hearing the Government requested the Court to release the Defendant because the Government was unable to establish that the individual arrested on the warrant issued by the United States District Court for the District of New Hampshire was the same individual named in the Indictment. Although the Defendant executed a waiver of the identity hearing at the initial appearance on June 17, 2009, the Defendant's counsel properly raised the issue of identity at the detention hearing held by the Court on June 18, 2009. As a result of the waiver of the identity hearing, and before the issue was raised by the Defendant, the Court issued its Findings And Order on Removal Proceedings (Doc. 5) on June 17, 2009 finding that the Defendant is the person named in the warrant for arrest. Because the Government has further investigated the matter and represents that the individual arrested on the warrant is not the same individual named in the Indictment, the Defendant is due to be released from custody and the removal proceedings in this Court terminated.

Accordingly, for these reasons, the United States Marshal is directed to release the Defendant from custody forthwith. The Court's Findings And Order On Removal

EXHIBIT

C

Proceedings (Doc. 5) is **VACATED** and the Waiver of Identity Hearing, executed by the Defendant, is voided based upon the Court's finding that the individual arrested on the warrant and presented to the Court is not the same Neda Shojaei, named in the indictment in Case No. 09-cr-117-01/13-SM from the United States District Court for the District of New Hampshire.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on this 19th day of June, 2009.

GARY R. JONES
United States Magistrate Judge

Copies to:
United States (Lammens)
Federal Public Defender (Carey)
Defendant
Clerk District Court New Hampshire
United States Marshal

-2-