UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEDA SHOJAEI,

    Plaintiff,

v.                                           Case No. 5:11-cv-247-Oc-10TBS

UNITED STATES OF AMERICA,

    Defendant.
_____

## ORDER

On March 16, 2012, the Court entered its Order denying Defendant's motion to dismiss and granting Plaintiff's motion for leave to amend the complaint. (Doc. 14). It is unclear what impact these rulings had on Defendant's motion for protective order. (Doc. 13).

Accordingly, within five (5) days of this Order, Defendant shall advise the Court in writing whether its motion for protective order (Doc. 13) is still at issue. If the motion for protective order remains at issue, then Plaintiff shall file a written response to the motion within ten (10) days of the date that Defendant files such notice.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 26, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel